CO-386-online
10/03

# United States District Court
# For the District of Columbia

CLS BANK INTERNATIONAL,  )
39 Broadway  )
New York, New York  10006,  )
 )
              Plaintiff  )  Civil Action No._____
   vs  )
 )
ALICE CORPORATION PTY. LTD.,  )
GPO Box 4933  )
Melbourne VIC 3001, Australia,  )
 )
             Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __plaintiff CLS Bank International__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CLS Bank International__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_David Bickart_ (signature)
Signature

355313
BAR IDENTIFICATION NO.

David O. Bickart, KAYE SCHOLER LLP
Print Name

901 Fifteenth Street, N.W
Address

Washington,   DC   20005-2327
City   State   Zip Code

(202) 682-3503
Phone Number