IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br>39 Broadway<br>New York, New York 10006,<br><br>                Plaintiff,<br><br>           v.<br><br>ALICE CORPORATION PTY. LTD.,<br>GPO Box 4933<br>Melbourne VIC 3001, Australia,<br><br>                Defendant. | Case No. 07-cv-0974(RMC) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant, Alice Corporation Pty. Ltd., shall have to and including August 16, 2007 to respond to the Complaint herein.

Alice Corporation Pty. Ltd.

By _____
Bruce R. Genderson, Esq. (Bar # 961367 )
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
(202) 434-5999

CLS Bank International

By _____
David O. Bickart, Esq. (Bar # 355313)
KAYE SCHOLER LLP
901 Fifteen Street, N.W.
Washington, DC 20005-2327
(202) 682-3503

So Ordered:

_____
U.S.D.J.

31492448.DOC