IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br>39 Broadway<br>New York, New York 10006,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br>GPO Box 4933<br>Melbourne VIC 3001, Australia,<br>　　　　　　　　　　Defendant. | CASE NO 07CV 0974(RMC) |

## PRECIPE

Attached hereto is the Summons in the above-captioned case, which was served as described in the Return of Service, Document # 3, filed June 25, 2007.

Respectfully submitted,

CLS Bank International

By: /s/ David Bickart
David O. Bickart (Attorney # 355313)
KAYE SCHOLER LLP
901 15th Street, N.W
Washington, DC 20005-237
202-682-3503

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLS BANK INTERNATIONAL,
39 Broadway
New York, New York  10006

                Plaintiff,   **SUMMONS IN A CIVIL CASE**

      V.

ALICE CORPORATION PTY. LTD.,
GPO Box 4933
Melbourne VIC 3001, Australia,

              Defendant.   CASE NUMBER:  07-0974 (RMC)

TO: (Name and address of Defendant)

Alice Corporation PTY. LTD.,
GPO Box 4933
Melbourne VIC 3001, Australia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David O. Bickart, Esq.
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, DC  20005-2327

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**   JUN 13 2007

CLERK   DATE

_(signature)_
(By) DEPUTY CLERK