IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLS BANK INTERNATIONAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-CV-00974-RMC |
| | ) | |
| ALICE CORPORATION PTY. LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ALICE CORPORATION PTY. LTD., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLS BANK INTERNATIONAL, | ) | |
| | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLS SERVICES LTD., | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Alice Corporation Pty. Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Alice Corporation Pty. Ltd. which have outstanding securities in the hands of the public:

National Australia Bank Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

        Attorneys of Record for Alice Corporation Pty. Ltd.

WILLIAMS & CONNOLLY LLP

_____
Paul M. Wolff (D.C. Bar No. 90217)
Bruce R. Genderson (D.C. Bar No. 961367)
Ryan T. Scarborough (D.C. Bar No. 466956)
M. Jesse Carlson (D.C. Bar No. 490196)
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

_____
Mark F. Evens (D.C. Bar No. 343723)
1100 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

Dated: August 16, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2007, a true copy of the foregoing CERTIFICATE REQUIRED BY LCvR 7.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA was served upon the following by electronic means through ECF:

    David O. Bickart, Esq.
    KAYE SCHOLER LLP
    901 15th Street, N.W.
    Suite 1100
    Washington, DC 20005-2329
    Fax: (202) 414-0310

_____
M. Jesse Carlson