IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br>39 Broadway<br>New York, New York 10006,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ALICE CORPORATION PTY. LTD.,<br>GPO Box 4933<br>Melbourne VIC 3001, Australia,<br><br>　　　　　　　　　　Defendant.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>　　　　　　　Counterclaim- Plaintiff,<br><br>　　　　　v.<br><br>CLS BANK INTERNATIONAL,<br><br>　　　　　　　Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.<br>One Harbour Exchange Square<br>London, England, E14 9GE, U.K.<br><br>　　　　　　　Counterclaim-Defendant. | Case No. 07-cv-0974(RMC) |

13121696.DOC

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Plaintiff CLS Bank International ("CLS Bank") shall have to and including September 12, 2007 to respond to the Motion of Alice Corporation Pty. Ltd. ("Alice Corp.") to Dismiss Count III of the Complaint, and that the Counterclaim-Defendants, CLS Bank and CLS Services Ltd., shall have to and including September 12, 2007 to respond to the Counterclaims of Alice Corp.

August 28, 2007

CLS Bank International and CLS Services Ltd.   Alice Corporation Pty. Ltd.

By _____   By _____ (for Bruce Genderson)
David O. Bickart, Esq. (Bar # 355313)     Bruce R. Genderson, Esq. (Bar # 961367)
KAYE SCHOLER LLP                          WILLIAMS & CONNOLLY LLP
901 Fifteenth Street, N.W.                725 Twelfth Street, N.W.
Washington, DC 20005-2327                 Washington, DC 20005-5901
(202) 682-3503                            (202) 434-5999

So Ordered:

_____

Rosemary M. Collyer
United States District Judge