IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLS BANK INTERNATIONAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-CV-00974-RMC |
| ALICE CORPORATION PTY. LTD., | ) | |
| Defendant. | ) | |
| ALICE CORPORATION PTY. LTD., | ) | |
| Counterclaim-Plaintiff, | ) | |
| v. | ) | |
| CLS BANK INTERNATIONAL, | ) | |
| Counterclaim-Defendant, | ) | |
| and | ) | |
| CLS SERVICES LTD., | ) | |
| Counterclaim-Defendant. | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant/Counterclaim Plaintiff Alice Corporation Pty. Ltd. ("Alice"), by and through counsel, respectfully moves for a one-week extension of time, until October 4, 2007, to respond to the Motion of CLS Bank International and CLS Services Ltd. to Dismiss the Counterclaims or, Alternatively, for Summary Judgment. For the reasons set forth below, the short extension is appropriate and will not delay this action or prejudice any party. Plaintiff/Counterclaim Defendants do not oppose this motion.

The case arises out of a patent dispute. CLS Bank International ("CLS Bank") originally filed suit against Alice on May 25, 2007 seeking a declaratory judgment that it did not infringe Alice's patents, and that Alice's patents were invalid and unenforceable. (Docket No. 4.) Alice answered CLS Bank's complaint on August 16, 2007 and asserted counterclaims for patent infringement against CLS Bank and CLS Services Ltd., an English entity (collectively, "CLS"). (Docket No. 6.) CLS responded by moving to dismiss Alice's counterclaims, or, alternatively, for summary judgment, on September 12, 2007. (Docket No. 11.) Alice's response to CLS's motion would be due on September 27, 2007.

Alice seeks a short, one-week extension to respond to CLS's motion. CLS's motion was served on the eve of Rosh Hashanah and Yom Kippur falls during Alice's time to respond. In addition, one of the principal attorneys working on this matter is in Europe this week and unavailable to provide substantive input. In light of the foregoing, the short extension is appropriate, will accommodate the schedule of counsel, and will not prejudice any party.

Alice has confirmed by telephone that CLS does not oppose the relief requested by Alice.

Dated: September 19, 2007

Respectfully submitted,

ALICE CORPORATION PTY. LTD.,

By its attorneys,

_____
Paul M. Wolff (D.C. Bar No. 90217)
Bruce R. Genderson (D.C. Bar No. 961367)
Ryan T. Scarborough (D.C. Bar No. 466956)
M. Jesse Carlson (D.C. Bar No. 490196)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2007, a copy of the foregoing CONSENT MOTION FOR EXTENSION OF TIME was served upon the following by electronic means through ECF:

David O. Bickart, Esq.
KAYE SCHOLER LLP
901 15th Street, N.W.
Suite 1100
Washington, DC 20005-2329
Fax: (202) 414-0310

_____
M. Jesse Carlson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALICE CORPORATION PTY. LTD., )<br>)<br>Defendant. )<br>_____ )<br>)<br>ALICE CORPORATION PTY. LTD., )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>CLS BANK INTERNATIONAL, )<br>)<br>Counterclaim-Defendant, )<br>)<br>and )<br>)<br>CLS SERVICES LTD., )<br>)<br>Counterclaim-Defendant. )<br>_____ ) | Case No. 07-CV-00974-RMC |

### [Proposed] ORDER

IT IS HEREBY ORDERED that Defendant/Counterclaim-Plaintiff Alice Corporation Pty. Ltd., shall have to and including October 4, 2007 to respond to the Motion of CLS Bank International and CLS Services Ltd. to Dismiss the Counterclaims or, Alternatively, for Summary Judgment.

_____
Rosemary M. Collyer
United States District Judge