IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br><br>  Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>  Defendant.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>  Counterclaim-Plaintiff,<br><br>v.<br><br>CLS BANK INTERNATIONAL,<br><br>  Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.,<br><br>  Counterclaim-Defendant. | Case No. 07-CV-00974-RMC |

**MOTION FOR LEAVE FOR COUNSEL TO APPEAR *PRO HAC VICE***

Plaintiff and Counterclaim-Defendant CLS Bank International and Counterclaim-Defendant CLS Services Ltd. (collectively, "CLS"), by their attorneys, Kaye Scholer LLP by David O. Bickart, respectfully move this court to allow William A. Tanenbaum, Steven J. Glassman, Stephen J. Elliott and Seth Simpson to appear as co-counsel *pro hac vice* for CLS in this case, and in support of this Motion state as follows:

31542640_V4.DOC

1. Mr. Bickart is a practicing attorney duly admitted to the Bar of the District of Columbia and admitted to practice before this Court. Mr. Bickart is a partner in the firm of Kaye Scholer LLP, and is well-acquainted with Messrs. Tanenbaum, Glassman, Elliott and Simpson. Mr. Bickart will continue to serve as counsel for CLS, to be joined by Messrs. Tanenbaum, Glassman, Elliott and Simpson.

2. William A. Tanenbaum is a partner of the firm of Kaye Scholer LLP. His office address is 425 Park Avenue, New York, NY 10022. His telephone number is (212) 836-7661. He is a practicing attorney and a member in good standing of the Bar of the State of New York (1980), as well as of the following courts: United States District Court for the Southern District of New York (1980) and the United States District Court for the Eastern District of New York (1980).

3. Mr. Tanenbaum has not been admitted to appear *pro hac vice* before this Court in the past two years. He has never been held in contempt of any court, has never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

4. Steven J. Glassman is a partner of the firm of Kaye Scholer LLP. His office address is 425 Park Avenue, New York, NY 10022. His telephone number is (212) 836-8651. He is a practicing attorney and a member in good standing of the Bar of the State of New York (1970), as well as of the following courts: United States Supreme Court (1978), United States Court of Appeals for the Federal Circuit (1989), United States Court of Appeals for the Second Circuit (1975), United States District Court for the Southern District of New York (1971), and the United States District Court for the Eastern District of New York (1972).

5.  Mr. Glassman has not been admitted to appear *pro hac vice* before this Court in the past two years. He has never been held in contempt of any court, has never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

6.  Stephen J. Elliott is counsel of the firm of Kaye Scholer LLP. His office address is 425 Park Avenue, New York, NY 10022. His telephone number is (212) 836-7829. He is a practicing attorney and a member in good standing of the Bar of the State of New York (1996), as well as of the following courts: United States Court of Appeals for the Second Circuit (1998), United States Court of Appeals for the Fifth Circuit (2003), United States District Court for the Southern District of New York (1996), and the United States District Court for the Eastern District of New York (1996).

7.  Mr. Elliott has not been admitted to appear *pro hac vice* before this Court in the past two years. He has never been held in contempt of any court and has never been convicted of any crime or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

8.  Seth Simpson is an associate of the firm of Kaye Scholer LLP. His office address is 425 Park Avenue, New York, NY 10022. His telephone number is (212) 836-7027. He is a practicing attorney and a member in good standing of the Bar of the State of New Jersey (2004) and the Bar of the State of New York (2005), as well as the United States District Court for the District of New Jersey (2004).

9.  Mr. Simpson has not been admitted to appear *pro hac vice* before this Court in the past two years. He has never been held in contempt of any court and has never been

convicted of any crime or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

10. Messrs. Tanenbaum, Glassman, Elliott and Simpson are familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

11. A proposed Order is submitted herewith.

Dated: October 2, 2007

*/s/ David Bickart*

David O. Bickart (Bar # 355313)
KAYE SCHOLER LLP
901 Fifteenth Street, N.W.
Washington, DC 20005-2327
(202) 682-3503

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br><br>    Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>    Defendant.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>CLS BANK INTERNATIONAL,<br><br>    Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.,<br><br>    Counterclaim-Defendant. | Case No. 07-CV-00974-RMC |

## DECLARATION OF WILLIAM A. TANENBAUM

    1.    I am William A. Tanenbaum, a partner of the firm of Kaye Scholer LLP with offices at 425 Park Avenue, New York, NY 10022. My telephone number is (212) 836-7661.

    2.    I submit this Declaration in support of CLS Bank International's and CLS Services Ltd.'s Motion For Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter.

3. I am a practicing attorney and a member in good standing of the Bar of the State of New York (1980), as well as of the following courts: United States District Court for the Southern District of New York (1980) and the United States District Court for the Eastern District of New York (1980).

4. I have not been admitted to appear *pro hac vice* before this Court in the past two years. I have never been held in contempt of any court and have never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

5. I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; and (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

6. Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.

Dated this 2nd day of October, 2007.

*William A. Tanenbaum* (signature)
_____
William A. Tanenbaum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br><br>  Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>  Defendant. | Case No. 07-CV-00974-RMC |
| ALICE CORPORATION PTY. LTD.,<br><br>  Counterclaim-Plaintiff,<br><br>v.<br><br>CLS BANK INTERNATIONAL,<br><br>  Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.,<br><br>  Counterclaim-Defendant. | |

## DECLARATION OF STEVEN J. GLASSMAN

1. I am Steven J. Glassman, a partner of the firm of Kaye Scholer LLP with offices at 425 Park Avenue, New York, NY 10022. My telephone number is (212) 836-8651.

2. I submit this Declaration in support of CLS Bank International's and CLS Services Ltd.'s Motion For Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter.

3. I am a practicing attorney and a member in good standing of the Bar of the State of New York (1970), as well as of the following courts: United States Supreme Court

(1978), United States Court of Appeals for the Federal Circuit (1989), United States Court of Appeals for the Second Circuit (1975), United States District Court for the Southern District of New York (1971), and the United States District Court for the Eastern District of New York (1972).

   4. I have not been admitted to appear *pro hac vice* before this Court in the past two years. I have never been held in contempt of any court and have never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

   5. I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; and (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

   6. Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.

Dated this 2nd day of October, 2007.

_____
Steven J. Glassman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>　　　　Defendant. | Case No. 07-CV-00974-RMC |
| ALICE CORPORATION PTY. LTD.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>v.<br><br>CLS BANK INTERNATIONAL,<br><br>　　　　Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.,<br><br>　　　　Counterclaim-Defendant. | |

### DECLARATION OF STEPHEN J. ELLIOTT

1.　I am Stephen J. Elliott, counsel of the firm of Kaye Scholer LLP with offices at 425 Park Avenue, New York, NY 10022. My telephone number is (212) 836-7829.

2.　I submit this Declaration in support of CLS Bank International's and CLS Services Ltd.'s Motion For Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter.

3.　I am a practicing attorney and a member in good standing of the Bar of the State of New York (1996), as well as of the following courts: United States Court of Appeals for

the Second Circuit (1998), United States Court of Appeals for the Fifth Circuit (2003), United States District Court for the Southern District of New York (1996), and the United States District Court for the Eastern District of New York (1996).

4.  I have not been admitted to appear *pro hac vice* before this Court in the past two years. I have never been held in contempt of any court and have never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

5.  I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; and (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

6.  Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.

Dated this 2nd day of October, 2007.

_____
Stephen J. Elliott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br><br>   Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>   Defendant. | Case No. 07-CV-00974-RMC |
| ALICE CORPORATION PTY. LTD.,<br><br>   Counterclaim-Plaintiff,<br><br>v.<br><br>CLS BANK INTERNATIONAL,<br><br>   Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.,<br><br>   Counterclaim-Defendant. | |

## DECLARATION OF SETH SIMPSON

1. I am Seth Simpson, an associate of the firm of Kaye Scholer LLP with offices at 425 Park Avenue, New York, NY 10022. My telephone number is (212) 836-7027.

2. I submit this Declaration in support of CLS Bank International's and CLS Services Ltd.'s Motion For Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter.

3.  I am a practicing attorney and a member in good standing of the Bar of the State of New Jersey (2004) and the Bar of the State of New York (2005), as well as the United States District Court for the District of New Jersey (2004).

4.  I have not been admitted to appear *pro hac vice* before this Court in the past two years. I have never been held in contempt of any court and have never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

5.  I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; and (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

6.  Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.

Dated this 2nd day of October, 2007.

_____
Seth Simpson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br><br>    Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>    Defendant.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>CLS BANK INTERNATIONAL,<br><br>    Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.,<br><br>    Counterclaim-Defendant. | Case No. 07-CV-00974-RMC |

**ORDER**

Before me is the motion of Plaintiff and Counterclaim-Defendant CLS Bank International and Counterclaim-Defendant CLS Services Ltd., filed pursuant to Local Rule 83.2, for leave for William A. Tanenbaum, Steven J. Glassman, Stephen J. Elliott and Seth Simpson to appear as co-counsel *pro hac vice* in the above-captioned action. Having considered the Motion, it is hereby

    ORDERED that the motion be GRANTED.

    SO ORDERED.

Date: _____, 2007

                                                          _____
                                                          Rosemary M. Collyer
                                                          United States District Judge

31542678.DOC