UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,              ) | |
|                 Plaintiff,     ) | |
|                 v.                    ) | Civil Action No. 07-974 (RMC) |
| ALICE CORPORATION PTY. LTD.,       ) | |
|                 Defendants.  ) | |

**ORDER**

CLS Bank International ("CLS Bank") sued Alice Corporation Pty. Ltd. ("Alice") for a declaration that CLS Bank is not infringing on certain patents assigned to Alice and that the patents are invalid and unenforceable. Dkt. # 1. Alice filed a counterclaim, alleging that CLS Bank is infringing on its patents. Dkt. # 6. Alice then moved to dismiss one of CLS Bank's claims [Dkt. # 7] and CLS Bank moved to dismiss the counterclaims with prejudice or, alternatively, for summary judgment [Dkt. # 11]. This would have the effect of mooting out the litigation and would be, as CLS Bank points out, a cost-effective conclusion. No discovery has occurred. Alice cries foul.

The motions [Dkt. ## 7, 11] are hereby **DENIED**. There are too many questions of fact for any decisions to be rendered at this point. Together, the parties and the Court will address the scope of discovery and how to litigate this case in a cost-effective way. The case will be set for an Initial Scheduling Conference by the Deputy Clerk of this Court.

**SO ORDERED**.

Date: January 2, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge