IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br>39 Broadway<br>New York, New York  10006<br><br>      Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br>GPO Box 4933<br>Melbourne VIC 3001, Australia<br><br>      Defendant.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>      Counterclaim-Plaintiff,<br><br>v.<br><br>CLS BANK INTERNATIONAL,<br><br>      Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.,<br>One Harbour Exchange Square<br>London, England, E14 9GE, U.K.<br><br>      Counterclaim-Defendant. | Case No. 07-CV-00974-RMC |

**ANSWER OF DEFENDANT**
**ALICE CORPORATION PTY. LTD. AS TO COUNT III**

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant, ALICE CORPORATION PTY. LTD. ("Alice"), by and through its attorneys, hereby submits this supplemental Answer to numbered paragraphs 31–35 of CLS BANKS INTERNATIONAL's

- 2 -

("CLS BANK") Complaint. Alice repeats and re-alleges the allegations made in its Answer and Counterclaims, filed August 16, 2007, as if fully set forth herein.

### Count III

31. Alice states that the allegations contained in ¶ 31 of the Complaint are conclusions of law, requiring no further answer. To the extent an answer is required, Alice denies the allegations contained in ¶ 31.

32. Denied.

33. Denied.

34. Alice states that the allegations contained in ¶ 34 of the Complaint are conclusions of law, requiring no further answer. To the extent an answer is required, Alice denies the allegations contained in ¶ 34.

35. Alice states that the allegations contained in ¶ 35 of the Complaint are conclusions of law, requiring no further answer. To the extent an answer is required, Alice denies the allegations contained in ¶ 35.

WHEREFORE, Alice denies all allegations not specifically admitted and denies that CLS Bank is entitled to the relief sought or any relief whatsoever, and Alice prays that this Court enter judgment in its favor against CLS Bank, deny in its entirety the relief requested by CLS Bank, award Alice its costs of suit, and grant such other relief as this Court deems just and proper.

Dated: January 16, 2008

Respectfully submitted,

ALICE CORPORATION PTY. LTD.,

By its attorneys,

*[signature]*

Paul M. Wolff (D.C. Bar No. 90217)
Bruce R. Genderson (D.C. Bar No. 961367)
Ryan T. Scarborough (D.C. Bar No. 466956)
M. Jesse Carlson (D.C. Bar No. 490196)
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

_____

Mark F. Evens (D.C. Bar No. 343723)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2007, a copy of this ANSWER OF DEFENDANT ALICE CORPORATION PTY. LTD. AS TO COUNT III was served upon the following by electronic means through ECF:

David O. Bickart, Esq.
KAYE SCHOLER LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005-2329
Fax: (202) 414-0310

                                   M. Jesse Carlson