**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CLS BANK INTERNATIONAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-CV-00974-RMC |
| | ) | |
| ALICE CORPORATION PTY. LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ALICE CORPORATION PTY. LTD., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLS BANK INTERNATIONAL, | ) | |
| | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLS SERVICES LTD., | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record, please take notice that Ryan T. Scarborough of the law firm of Williams & Connolly LLP hereby files his appearance as counsel for Defendant, Counterclaim-Plaintiff Alice Corporation Pty. Ltd., in the above-captioned matter.

- 1 -

- 2 -

Respectfully submitted,

ALICE CORPORATION PTY. LTD.,

By its attorneys,

/s/ Ryan T. Scarborough_____
Paul M. Wolff (D.C. Bar No. 90217)
Bruce R. Genderson (D.C. Bar No. 961367)
Ryan T. Scarborough (D.C. Bar No. 466956)
M. Jesse Carlson (D.C. Bar No. 490196)
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Dated May 19, 2008

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a true copy of the foregoing Notice of Appearance was served upon the following by electronic means through ECF:

    William A. Tanenbaum, Esq.
    Stephen J. Glassman, Esq.
    Stephen J. Elliott, Esq.
    KAYE SCHOLER LLP
    425 Park Avenue
    New York, NY  10022-3598
    212-836-8000


    David O. Bickart, Esq.
    KAYE SCHOLER LLP
    901 15th St., N.W.
    Washington, DC  20005-2327
    202-682-3503


                                                /s/ Ryan T. Scarborough