IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLS BANK INTERNATIONAL, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | Case No. 07-CV-00974-RMC |
| ) | | |
| ALICE CORPORATION PTY. LTD., ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |
| ) | | |
| ALICE CORPORATION PTY. LTD., ) | | |
| ) | | |
| Counterclaim-Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| CLS BANK INTERNATIONAL, ) | | |
| ) | | |
| Counterclaim-Defendant, ) | | |
| ) | | |
| and ) | | |
| ) | | |
| CLS SERVICES LTD., ) | | |
| ) | | |
| Counterclaim-Defendant. ) | | |
| _____ ) | | |

**AFFIDAVIT OF DAVID M. KRASNOSTEIN**

Pursuant to the Court's order during the discovery conference held on April 23, 2008, Alice Corporation Pty. Ltd. respectfully submits the Affidavit of David M. Krasnostein, attached hereto as Exhibit A, in connection with the Protective Order that will be entered in the above captioned matter.

Respectfully submitted,

ALICE CORPORATION PTY. LTD.,

By its attorneys,

_____
Paul M. Wolff (D.C. Bar No. 90217)
Bruce R. Genderson (D.C. Bar No. 961367)
Ryan T. Scarborough (D.C. Bar No. 466956)
M. Jesse Carlson (D.C. Bar No. 490196)
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Dated May 21, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2008, a true copy of the foregoing Affidavit of David M. Krasnostein was served upon the following by electronic means through ECF:

>William A. Tanenbaum, Esq.
>Stephen J. Glassman, Esq.
>Stephen J. Elliott, Esq.
>KAYE SCHOLER LLP
>425 Park Avenue
>New York, NY  10022-3598
>212-836-8000

>David O. Bickart, Esq.
>KAYE SCHOLER LLP
>901 15th St., N.W.
>Washington, DC  20005-2327
>202-682-3503

_____
M. Jesse Carlson

# EXHIBIT A

Case 1:07-cv-00974-RMC-JMF   Document 29-2   Filed 05/21/2008   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLS BANK INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>ALICE CORPORATION PTY. LTD.,<br><br>Defendant. | Case No. 07-CV-00974-RMC |
| ALICE CORPORATION PTY. LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>CLS BANK INTERNATIONAL,<br><br>Counterclaim-Defendant,<br><br>and<br><br>CLS SERVICES LTD.,<br><br>Counterclaim-Defendant. | |

### AFFIDAVIT OF DAVID M. KRASNOSTEIN

I, David M. Krasnostein, hereby state as follows:

1. I am the Head of Global Private Equity for MLC, a subsidiary of National Australia Bank. Prior to assuming this position in February 2008, I served as the Chief Group General Counsel for National Australia Bank.

2. I earned my Bachelor of Jurisprudence in 1977 and my Bachelor of Laws in 1978 from the University of Western Australia. I also earned my Master of Laws from the University of Virginia in 1980.

3. I am a member of the Bars of New York and the District of Columbia, as well as the High Court of Australia, the Supreme Court of Western Australia, and the State of Victoria.

4. I am a board member of Alice Corporation.

5. Shortly after CLS was identified as potentially infringing Alice's patents, National Australia Bank erected a screen to ensure that I would not receive or otherwise be exposed to confidential information concerning CLS or the CLS System that National Australia Bank might obtain by virtue of its membership in CLS. I have honored that screen to date, and will continue to honor it going forward. As of the time of the signing of this affidavit, I have not seen, reviewed or otherwise learned of confidential information concerning CLS or the CLS System from any source.

6. Prior to the commencement of this litigation, I participated in discussions with CLS and Mr. Shepherd regarding a mutually agreeable business relationship between Alice and CLS and the resolution of any controversies and disagreements concerning Alice's patents. At one point in fall 2005, there was an exchange of letters between the respective heads of CLS and National Australia Bank concerning their respective views how to resolve this controversy. I shared a copy of this correspondence with Mr. Shepherd to keep him updated on the status of these discussions. These letters did not contain any confidential information concerning CLS or the CLS System. At no time during these discussions did CLS ever disclose to me any confidential information concerning CLS or the CLS System.

7.  I have not engaged in patent prosecution or otherwise participated in Alice's efforts to obtain patents or draft claims related to Alice's patents.

8.  I will not in the future engage in patent prosecution or otherwise participate in Alice's efforts to obtain patents or draft claims related to Alice's patents.

9.  I will scrupulously abide by the terms of the Protective Order in this case.

10. I swear under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

May 21, 2008

_____
David M. Krasnostein

In the presence of

_____
Nathan Jaymes Butler

**NATHAN JAYMES BUTLER** of
500 Bourke Street, Melbourne,
Victoria, Australia
An Australian Legal Practitioner
within the meaning of the
Legal Profession Act 2004.