**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLS BANK INTERNATIONAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALICE CORPORATION PTY. LTD., )<br>)<br>Defendant. )<br>_____)<br>)<br>ALICE CORPORATION PTY. LTD., )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>CLS BANK INTERNATIONAL, )<br>)<br>Counterclaim-Defendant, )<br>)<br>and )<br>)<br>CLS SERVICES LTD., )<br>)<br>Counterclaim-Defendant. )<br>_____) | Case No. 07-CV-00974-RMC |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record, please take notice that Stanley E. Fisher of the law firm of Williams & Connolly LLP hereby files his appearance as counsel for Defendant, Counterclaim-Plaintiff Alice Corporation Pty. Ltd., in the above-captioned matter.

- 1 -

Respectfully submitted,

ALICE CORPORATION PTY. LTD.,

By its attorneys,

/s/ Stanley E. Fisher
Paul M. Wolff (D.C. Bar No. 90217)
Bruce R. Genderson (D.C. Bar No. 961367)
Ryan T. Scarborough (D.C. Bar No. 466956)
M. Jesse Carlson (D.C. Bar No. 490196)
Stanley E. Fisher (D.C. Bar No. 498540)
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Dated May 22, 2008

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2008, a true copy of the foregoing Notice of Appearance was served upon the following by electronic means through ECF:

> William A. Tanenbaum, Esq.
> Stephen J. Glassman, Esq.
> Stephen J. Elliott, Esq.
> KAYE SCHOLER LLP
> 425 Park Avenue
> New York, NY  10022-3598
> 212-836-8000
>
>
> David O. Bickart, Esq.
> KAYE SCHOLER LLP
> 901 15th St., N.W.
> Washington, DC  20005-2327
> 202-682-3503

         /s/ Stanley E. Fisher