REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-E

| CAUSE OF ACTION: | 35:145 Patent Infringement | | | |
|---|---|---|---|---|
| CASE NO:<br>07-974 | DATE REFERRED:<br>8/21/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Discovery Issues | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>John M. Facciola |
| PLAINTIFF(S):<br>CLS BANK INTERNATIONAL | | DEFENDANT(S):<br>ALICE CORPORATION PTY. LTD. | | |
| ENTRIES:<br>This case is referred to Magistrate Judge Facciola for the purpose of handling the August 19, 2008 telephone conference only. | | | | |