**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLS BANK INTERNATIONAL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-CV-00974-RMC |
| ALICE CORPORATION PTY. LTD., | ) |
| Defendant. | ) |
| ALICE CORPORATION PTY. LTD., | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| CLS BANK INTERNATIONAL, | ) |
| Counterclaim-Defendant, | ) |
| and | ) |
| CLS SERVICES LTD., | ) |
| Counterclaim-Defendant. | ) |

**DECLARATION OF ABIGAIL LANGSAM IN SUPPORT OF
<u>CLS' MOTIONS FOR SUMMARY JUDGMENT</u>**

ABIGAIL LANGSAM, an attorney admitted to practice law in New York, under the penalty of perjury, hereby declare:

1. I am a member of the firm of Kaye Scholer LLP, attorneys for Plaintiff and Counterclaim-Defendant CLS Bank International and Counterclaim-Defendant CLS

31794874.DOC

Services Ltd (collectively, "CLS"). I am fully familiar with the authenticity of the documents attached and I submit this affirmation in support of CLS' motions, under Fed. R. Civ. P. 56 and L Cv R 7, for summary judgment of no infringement within the United States and summary judgment that the claims of Alice's patents are invalid for lack of patentable subject matter. Exhibits 1-10 are cited in CLS' motion for summary judgment that the claims of Alice's patents are invalid for lack of patentable subject matter. Exhibits 1-3 and 10-33 are cited in CLS' motion for summary judgment of no infringement within the United States.

2. Attached as Exhibits 1 through 33 to this declaration are true copies of the following documents:

| | |
|---|---|
| Exhibit 1 | U.S. Patent No. 5,970,479 |
| Exhibit 2 | U.S. Patent No. 6,912,510 |
| Exhibit 3 | U.S. Patent No. 7,149,720 |
| Exhibit 4 | Office Action, dated September 3, 2003, from the prosecution history for U.S. Patent No. 6,912,510 |
| Exhibit 5 | Amendment and Reply Under 37 C.F.R. § 1.111, dated October 31, 2003, from the prosecution history for U.S. Patent No. 6,912,510 |
| Exhibit 6 | Terminal Disclaimer To Obviate A Double Patenting Rejection Over A Prior Patent, dated October 31, 2003, from the prosecution history for U.S. Patent No. 6,912,510 |
| Exhibit 7 | Office Action, dated December 28, 2005, from the prosecution history for U.S. Patent No. 7,149,720 |
| Exhibit 8 | Terminal Disclaimer To Obviate A Double Patenting Rejection Over A Prior Patent, dated January 27, 2006, from the prosecution history for U.S. Patent No. 7,149,720 |
| Exhibit 9 | Manual of Patent Examining Procedure (2008) § 804 |
| Exhibit 10 | Declaration of James Hughes in Support of Plaintiff and Counterclaim-Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment, dated September 12, 2007 |

| | |
|---|---|
| Exhibit 11 | Excerpt from the Transcript of the June 9, 2008 Motion Hearing Before the Honorable Rosemary M. Collyer United States District Judge |
| Exhibit 12 | CLS Bank International Member Handbook, produced at CLSA0191420-473 |
| Exhibit 13 | CLS Bank International Rules, produced at CLSA0198761-860 |
| Exhibit 14 | Regulators' Summary, CLS Bank International, produced at CLSA0200547-770 |
| Exhibit 15 | IBMDEL0201 System Architecture & Platform Specification (maintainable), produced at CLSA0221951-2046 |
| Exhibit 16 | IBMDEL0301, FRS, Time Management and Scheduler, produced at CLSA0050119-174 |
| Exhibit 17 | IBMDEL0806 High Level System Design Specification for Build 3 (maintainable), Data Centre High Level Design, produced at CLSA0222172-256 |
| Exhibit 18 | IBMDEL0807, High Level Design Specification, CLS Core System High Level Design, produced at CLSA0225615-735 |
| Exhibit 19 | CLS Perform Settlement Operations, Settle Inputs 1.3.1 Monitoring Settlement, produced at CLSA0146036-046 |
| Exhibit 20 | *CLS Settles New Record Volume,* Sept. 17, 2008, http://www.cls-group.com/Media/Pages/News Article.aspx?id=36 (last visited Dec. 29, 2008) |
| Exhibit 21 | Excerpts from the Transcript of the October 3, 2008 Deposition of William Fraser-Campbell |
| Exhibit 22 | Excerpts from the Transcript of the October 8, 2008 Deposition of James Hughes |
| Exhibit 23 | Excerpts from the Transcript of the October 15, 2008 Deposition of Justin Wilks |
| Exhibit 24 | Excerpts from the Transcript of the October 23, 2008 Deposition of Gardenia Marte |
| Exhibit 25 | Excerpts from the Transcript of the October 29, 2008 Deposition of Bob Torreson |
| Exhibit 26 | Transcript of the November 7, 2008 Status Conference Before the Honorable Rosemary M. Collyer United States District Judge |

| | |
|---|---|
| Exhibit 27 | Excerpts from the Expert Report of Paul Ginsberg |
| Exhibit 28 | Expert Report of Mr. Israel Sendrovic, dated January 16, 2009 |
| Exhibit 29 | Excerpts from the Transcript of the January 27, 2009 Deposition of Paul Ginsberg |
| Exhibit 30 | Alice Corporation Pty. Ltd.'s website, http://www.alicecorp.com/fs_about_us.html (last visited March 5, 2009) |
| Exhibit 31 | SWIFT - Company Information, http://www.swift.com/about_swift/company_information/index.page? (last visited Mar. 4, 2009) |
| Exhibit 32 | Settlement Member Agreement, produced at CLSA0192486-530 |
| Exhibit 33 | Excerpt from the Transcript of the February 13, 2009 Deposition of Jonathan W. Butterfield. |

Dated: New York, New York
March 6, 2009

                                                                                      /s/ Abigail Langsam
                                                                                      Abigail Langsam