IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLS BANK INTERNATIONAL,**<br><br>     Plaintiff,<br><br>     v.<br><br>**ALICE CORPORATION PTY. LTD.,**<br><br>     Defendant.<br><br>**ALICE CORPORATION PTY. LTD,**<br><br>     Counterclaim-Plaintiff,<br><br>     v.<br><br>**CLS BANK INTERNATIONAL,**<br><br>     Counterclaim-Defendant,<br><br>and<br><br>**CLS SERVICES LTD.,**<br><br>     Counterclaim-Defendant, | **Civil Action No. 07-974 (RMC)** |

### AGREED MOTION TO EXTEND DEADLINES
### TO MOVE FOR COSTS AND FEES

Plaintiff/Counterclaim-Defendant CLS Bank International, Counterclaim-Defendant CLS Services Ltd., and Defendant/Counterclaim-Plaintiff Alice Corporation Pty. Ltd. jointly move to implement an agreed plan to extend the deadlines for filing motions for costs and fees until after the United States Supreme Court disposes of any petition for certiorari in this case. Although the United States Court of Appeals for the Federal Circuit issued its mandate affirming this Court's judgment on June 17, 2013, the parties agree that it would be prudent to postpone resolution of

the allocation of costs (*see* LCvR 54.1(a)) and fees (*see* LCvR 54.2(a)) until the Supreme Court decides whether to review the case. The Federal Rules of Civil Procedure permit the Court to "provide[]" later deadlines via "order." Fed. R. Civ. Proc. 54(d)(1), (2); *see also* Fed. R. Civ. Proc. 6(b)(1)(A) (court may extend time "if a request is made[] before the original time or its extension expires"). Accordingly, the parties jointly request that the Court extend the deadlines for moving for costs and/or fees to 21 days after the latter of:

(1)  the deadline for filing a petition for certiorari expires;

(2)  the Supreme Court denies the petition for certiorari; or

(3)  in the event the Supreme Court reviews the case and the judgment is affirmed, the date the Supreme Court sends a certified copy of the judgment to the Federal Circuit (*see* S. Ct. R. 45.3), or

(4)  in the event the Supreme Court reviews the case and remands, the date of resolution of proceedings on remand.

By agreeing to this extension, Defendant/Counterclaim-Plaintiff Alice Corporation Pty. Ltd. does not concede that there is any basis for any such motion for costs and/or fees but rather believes it is most efficient to postpone consideration of any such motion as described above.

Respectfully submitted,

| /s/ David M. Krinsky | /s/ Brian M. Buroker |
|---|---|
| Bruce R. Genderson | Mark A. Perry |
| Ryan T. Scarborough | Brian M. Buroker |
| Stanley E. Fisher | Alexander N. Harris (*pro hac vice* pending) |
| David M. Krinsky | GIBSON, DUNN & CRUTCHER LLP |
| WILLIAMS & CONNOLLY LLP | 1050 Connecticut Avenue N.W. |
| 725 12th Street, NW | Washington, District of Columbia 20036 |
| Washington, DC 20005 | Telephone: (202) 955-8541 |
| Telephone: (202) 434-5999 | Facsimile: (202) 530-4200 |
| Facsimile: (202) 434-5029 | mperry@gibsondunn.com |
| bgenderson@wc.com | |

*Attorneys for Defendant/Counterclaim-Plaintiff*

*Attorneys for Plaintiff/Counterclaim-Defendant*

DATED: June 21, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on June 21, 2013, which will send notification of said filing to the attorneys of record.

/s/ Brian M. Buroker
BRIAN M. BUROKER