AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
 _____Date_____

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $_____ |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❏   Electronic service          ❏   First class mail, postage prepaid

❏   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____          Date: _____
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                              *Deputy Clerk*                              *Date*

# EXHIBIT A

EXHIBIT A:  ITEMIZATION OF COSTS

| Fees of the Clerk | | | |
|---|---|---|---|
| *Date* | *Item* | *Amount* | *Documentation* |
| 5/24/07 | Filing fee – United States District Court for the District of Columbia | $350.00 | *See* Exhibit 1 |

| Fees for Printed or Electronically Recorded Transcripts | | | |
|---|---|---|---|
| *Date* | *Item* | *Amount* | *Documentation* |
| 9/24/08 | Court reporter fee for transcript of deposition of Nan Noonan | $1,443.90 | *See* Exhibit 2 |
| 10/3/08 | Court reporter fee for transcript of deposition of William Fraser-Campbell | $1,659.60 | *See* Exhibit 3 |
| 10/8/08 | Court reporter fee for transcript of deposition of James Hughes | $1,252.40 | *See* Exhibit 4 |
| 10/15/08 | Court reporter fee for transcript of deposition of Justin Wilks | $2,871.80 | *See* Exhibit 5 |
| 10/23/08 | Court reporter fee for transcript of deposition of Gardenia Marta | $3,327.40 | *See* Exhibit 6 |
| 10/29/08 | Court reporter fee for transcript of deposition of Bob Torreson | $2,322.60 | *See* Exhibit 7 |
| 11/6/08 | Court reporter fee for transcript of deposition of Alan Ferris | $1,378.60 | *See* Exhibit 8 |
| 11/14/08 | Court reporter fee for transcript of deposition of William Koleba | $889.80 | *See* Exhibit 9 |
| 11/14/08 | Court reporter fee for transcript of deposition of Phillip Zmigrodski | $439.80 | *See* Exhibit 9 |
| 2/13/09 | Court reporter fee for transcript of deposition of Jonathan Butterfield | $2,120.60 | *See* Exhibit 10 |

| 1/14/11 | Court reporter fee for transcript of motion hearing | $309.40 | *See* Exhibit 11 |
|---------|-----------------------------------------------------|---------|------------------|
| **Fees for Exemplification and Costs of Making Copies** | | | |
| *Date* | *Item* | *Amount* | *Documentation* |
| 3/17/09 | Copying costs necessary for deposition of Jonathan Butterfield, motion for summary judgment on eligibility, and discovery | $802.30 ($300 recoverable) | *See* Exhibit 12 |

# EXHIBIT 1

051250

1755

**KAYE SCHOLER, LLP**
901 15TH ST. NW
WASHINGTON, DC  20005

**citibank®**
CITIBANK, F.S.B.
P.O. BOX 18967
WASHINGTON, DC 20036-0967    The Citigroup Private Bank

$\frac{15-7011}{2540}$ 990

DATE  May 24, 2007

PAY  **Three-Hundred-Fifty and 00/100****                          DOLLARS $  350.00

TO
THE
ORDER
OF       Clerk, U.S. District Court

NOT NEGOTIABLE

⑂⑂           ⑈"001755"⑈ ⑈:254070116:⑈      ⑈"1516 3032"⑈

KAYE SCHOLER, LLP

DELUXE - FORM WVC-3  V-2

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 5/24/07 | Clerk, U.S. District Court | Filing of Complaint. | $350|00 |

ENTERED
3720031
Req.

ENTERED MAY 2 9 2007
046759

---

## Requisition For Check

DATE  05 /24 / 07    CERTIFIED ( · )          SPECIAL ACCOUNT (    )

TO THE ORDER OF  Clerk, U.S. District Court                | | | | | |

AMOUNT (IN WORDS)  Three Hundred Fifty and 00/100          (OFFICE USE ONLY)
$  350 . 00

CLIENT NAME  CLS Bank International                        # 0 9 8 2 1

MATTER NAME                                                # 0 0 0 1

TO PAY FOR  Filing of Complaint

---

(OFFICE USE ONLY) DISB. CODE _____ _____  G/L ACCT. #_____  (OFFICE USE ONLY)

APPROVED BY                                        REQUESTED BY

David Bachar        OP 3|2|3              S. Hammer         12| 05 |7|

CODED/CALCULATED_____           G/L DIST. _____/

# EXHIBIT 2

# INVOICE

## Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Steven J Glassman Esq
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| Invoice #: | NY236803 |
| Invoice Date: | 10/10/2008 |
| Balance Due: | $1,443.90 |

| | |
|---|---|
| Case: | Cls Bank International v. Alice Corporation Pty. Ltd. |
| Job #: | 189523   \|   Job Date: 9/24/2008   \|   Delivery:   Normal |
| Billing Atty: | Steven J Glassman Esq |
| Location: | Williams & Connolly |
| | 725 Twelfth Street, N.W. \| Washington, DC 20005 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Nan Noonan | Certified Transcript | Page | 250.00 | $3.40 | $850.00 |
| 2 | | Transcript - Rough ASCII | Page | 250.00 | $1.75 | $437.50 |
| 3 | | Exhibit - copying | Per page | 246.00 | $0.40 | $98.40 |
| 4 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 5 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |
| | | | | | Invoice Total: | $1,443.90 |
| | | | | | Payment: | |
| | | | | | Credits: | |
| | | | | | Interest: | $0.00 |
| | | | | | Balance Due: | $1,443.90 |

Notes:

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY236803 |
| Job #: | 189523 |
| Invoice Date: | 10/10/2008 |
| Balance : | $1,443.90 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 3

# INVOICE

## Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Stephen J Elliot Esq
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| **Invoice #:** | NY236502 |
| **Invoice Date:** | 10/08/2008 |
| **Balance Due:** | $2,359.60 |

| | |
|---|---|
| **Case:** | Cls Bank International v. Alice Corporation Pty. Ltd. |
| **Job #:** | 191459   |   Job Date: 10/3/2008   |   Delivery:   Expedited |
| **Billing Atty:** | **Stephen J Elliot Esq** |
| **Location:** | Kaye Scholer LLP |
| | 425 Park Avenue | New York, NY |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | William Fraser-Campbell | Certified Transcript | Page | 280.00 | $3.40 | $952.00 |
| 2 | | Fee For Expedited Service | Per page | 280.00 | $2.50 | $700.00 |
| 3 | | Transcript - Rough ASCII | Page | 280.00 | $1.60 | $448.00 |
| 4 | | Exhibit - copying | Per page | 504.00 | $0.40 | $201.60 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 6 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,359.60 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,359.60 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | **NY236502** |
| **Job #:** | **191459** |
| **Invoice Date:** | **10/08/2008** |
| **Balance :** | **$2,359.60** |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 4

## Veritext  New York Reporting Co.,
## A Veritext  Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel.  (212) 267-6868
Fax  (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel.  (516) 608-2400
Fax  (516) 608-2450

Bill To: Stephen J Elliot Esq
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| Invoice #: | NY237544 |
| Invoice Date: | 10/15/2008 |
| Balance Due: | $1,792.40 |

Case:        Cls Bank International v. Alice Corporation Pty. Ltd.
Job #:       191602   |  Job Date: 10/8/2008   |   Delivery:   Expedited
Billing Atty:  Stephen J Elliot Esq
Location:    Kaye Scholer LLP
             425 Park Avenue | conference room 1737 | New York, NY

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | James Hughes | Certified Transcript | Page | 216.00 | $3.40 | $734.40 |
| 2 | | Fee For Expedited Service | Per page | 216.00 | $2.50 | $540.00 |
| 3 | | Transcript - Rough ASCII | Page | 216.00 | $1.60 | $345.60 |
| 4 | | Exhibit - copying | Per page | 286.00 | $0.40 | $114.40 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 8 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

| | |
|---|---|
| Invoice Total: | $1,792.40 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,792.40 |

Notes:

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS   Payable upon receipt  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

### THIS INVOICE IS 85 DAYS PAST DUE, PLEASE REMIT - THANK YOU

Make check payable to:  Veritext  New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY237544 |
| Job #: | 191602 |
| Invoice Date: | 10/15/2008 |
| Balance : | $1,792.40 |

Please remit payment to:
Veritext  New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 5

# INVOICE

## Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Stephen J Elliot Esq
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| Invoice #: | NY238000 |
| Invoice Date: | 10/20/2008 |
| Balance Due: | $3,841.80 |

| | |
|---|---|
| Case: | Cls Bank International v. Alice Corporation Pty. Ltd. |
| Job #: | 192533   \| Job Date: 10/15/2008   \| Delivery:   Expedited |
| Billing Atty: | **Stephen J Elliot Esq** |
| Location: | Kaye Scholer LLP |
| | 425 Park Avenue \| conference room 1737 \| New York, NY |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Justin Wilks | Certified Transcript | Page | 388.00 | $3.40 | $1,319.20 |
| 2 | | Fee For Expedited Service | Per page | 388.00 | $2.50 | $970.00 |
| 3 | | Transcript - Rough ASCII | Page | 388.00 | $1.60 | $620.80 |
| 4 | | Realtime | Per page | 388.00 | $1.60 | $620.80 |
| 5 | | Exhibit - copying | Per page | 595.00 | $0.40 | $238.00 |
| 6 | | Exhibit - color copying | Per page | 2.00 | $2.50 | $5.00 |
| 7 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 8 | | Shipping & handling | Package | 1.00 | $32.00 | $32.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $3,841.80 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $3,841.80 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs,
including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card #                                  Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY238000 |
| Job #: | 192533 |
| Invoice Date: | 10/20/2008 |
| Balance : | $3,841.80 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 6



# INVOICE

## Veritext  New York Reporting Co.,
## A Veritext  Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Steven J Glassman Esq
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| Invoice #: | NY240053 |
| Invoice Date: | 10/30/2008 |
| Balance Due: | $4,404.90 |

| | |
|---|---|
| **Case:** | Cls Bank International v. Alice Corporation Pty. Ltd. |
| **Job #:** | 193422   \| Job Date: 10/23/2008   \| Delivery:   Expedited |
| **Billing Atty:** | Steven J Glassman Esq |
| **Location:** | Kaye Scholer LLP |
| | 425 Park Avenue \| 8th Floor  Conf Room 839 \| New York, NY |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gardenia Marte | Certified Transcript | Page | 431.00 | $3.40 | $1,465.40 |
| 2 | | Fee For Expedited Service | Per page | 431.00 | $2.50 | $1,077.50 |
| 3 | | Transcript - Rough ASCII | Page | 431.00 | $1.60 | $689.60 |
| 4 | | Realtime | Per page | 431.00 | $1.60 | $689.60 |
| 5 | | Exhibit - copying | Per page | 1062.00 | $0.40 | $424.80 |
| 6 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 7 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

| | |
|---|---|
| Invoice Total: | $4,404.90 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $4,404.90 |

**Notes:**

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs,
including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext  New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY240053 |
| Job #: | 193422 |
| Invoice Date: | 10/30/2008 |
| Balance : | $4,404.90 |

Please remit payment to:
Veritext  New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 7

# INVOICE

### Veritext New York Reporting Co.,
### A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Stephen J Elliot Esq
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| **Invoice #:** | NY240444 |
| **Invoice Date:** | 11/03/2008 |
| **Balance Due:** | $3,110.10 |

| | |
|---|---|
| **Case:** | Cls Bank International v. Alice Corporation Pty. Ltd. |
| **Job #:** | 192911   \| Job Date: 10/29/2008   \| Delivery:   Expedited |
| **Billing Atty:** | **Stephen J Elliot Esq** |
| **Location:** | Kaye Scholer LLP |
| | 425 Park Avenue \| Room 1737 \| New York, NY |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bob Torreson | Certified Transcript | Page | 315.00 | $3.40 | $1,071.00 |
| 2 | | Fee For Expedited Service | Per page | 315.00 | $2.50 | $787.50 |
| 3 | | Realtime | Per page | 315.00 | $1.60 | $504.00 |
| 4 | | Transcript - Rough ASCII | Page | 315.00 | $1.60 | $504.00 |
| 5 | | Exhibit - copying | Per page | 414.00 | $0.40 | $165.60 |
| 6 | | Exhibit - color copying | Per page | 8.00 | $2.50 | $20.00 |
| 7 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 8 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $3,110.10 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $3,110.10 |

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | NY240444 |
| **Job #:** | 192911 |
| **Invoice Date:** | 11/03/2008 |
| **Balance :** | $3,110.10 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 8

### Veritext New York Reporting Co.,
### A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Stephen J Elliot Esq
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| Invoice #: | NY241947 |
| Invoice Date: | 11/12/2008 |
| Balance Due: | $1,841.10 |

Case: Cls Bank International v. Alice Corporation Pty. Ltd.
Job #: 194371 | Job Date: 11/6/2008 | Delivery: Expedited
Billing Atty: Stephen J Elliot Esq
Location: Hogan & Hartson LLP
875 3rd Ave / 53rd Street | 26th flr | New York, NY 10022

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Alan Ferris | Certified Transcript | Page | 185.00 | $3.40 | $629.00 |
| 2 | | Fee For Expedited Service | Per page | 185.00 | $2.50 | $462.50 |
| 3 | | Realtime | Per page | 185.00 | $1.60 | $296.00 |
| 4 | | Transcript - Rough ASCII | Page | 185.00 | $1.60 | $296.00 |
| 5 | | Exhibit - copying | Per page | 249.00 | $0.40 | $99.60 |
| 6 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 7 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,841.10 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,841.10 |

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 57 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card #_____ Exp. Date_____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY241947 |
| Job #: | 194371 |
| Invoice Date: | 11/12/2008 |
| Balance : | $1,841.10 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 9

# INVOICE

## Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Stephen J Elliot Esq
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| **Invoice #:** | NY243254 |
| **Invoice Date:** | 11/21/2008 |
| **Balance Due:** | $1,959.60 |

**Case:** Cls Bank International v. Alice Corporation Pty. Ltd.
**Job #:** 195203 | **Job Date:** 11/14/2008 | **Delivery:** Expedited
**Billing Atty:** Stephen J Elliot Esq
**Location:** Kaye Scholer LLP
425 Park Avenue go to 12th floor | Room 839 | New York, NY

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | William Koleba | Certified Transcript | Page | 171.00 | $3.40 | $581.40 |
| 2 | Phillip Zmigrodski | Certified Transcript | Page | 81.00 | $3.40 | $275.40 |
| 3 | William Koleba | Realtime | Per page | 171.00 | $1.60 | $273.60 |
| 4 | Phillip Zmigrodski | Realtime | Per page | 81.00 | $1.60 | $129.60 |
| 5 | William Koleba | Fee For Expedited Service | Per page | 171.00 | $2.50 | $427.50 |
| 6 | Phillip Zmigrodski | Fee For Expedited Service | Per page | 81.00 | $2.50 | $202.50 |
| 7 | | Exhibit - copying | Per page | 29.00 | $0.40 | $11.60 |
| 8 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 9 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

| | |
|---|---|
| **Invoice Total:** | $1,959.60 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,959.60 |

**Notes:**

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments of refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | NY243254 |
| **Job #:** | 195203 |
| **Invoice Date:** | 11/21/2008 |
| **Balance :** | $1,959.60 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 10

# INVOICE

## Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Stephen J. Elliott, Esq.
Kaye Scholer LLP
425 Park Ave
New York, NY 10022

| | |
|---|---|
| **Invoice #:** | NY255388 |
| **Invoice Date:** | 02/19/2009 |
| **Balance Due:** | $2,818.10 |

| | |
|---|---|
| **Case:** | Cls Bank International v. Alice Corporation Pty. Ltd. |
| **Job #:** | 203059   \|   Job Date: 2/13/2009   \|   Delivery:   Expedited |
| **Billing Atty:** | **Stephen J. Elliott, Esq.** |
| **Location:** | Kaye Scholer LLP |
| | 425 Park Avenue --12th Floor \| Conference Room 17-37 \| New York, |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jonathan Butterfield | Certified Transcript | Page | 279.00 | $3.40 | $948.60 |
| 2 | | Fee For Expedited Service | Per page | 279.00 | $2.50 | $697.50 |
| 3 | | Realtime | Per page | 279.00 | $1.60 | $446.40 |
| 4 | | Transcript - Rough ASCII | Page | 279.00 | $1.60 | $446.40 |
| 5 | | Exhibit - copying | Per page | 453.00 | $0.40 | $181.20 |
| 6 | | Exhibit - color copying | Per page | 16.00 | $2.50 | $40.00 |
| 7 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 8 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,818.10 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,818.10 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

### Please tear off stub and return with payment.

Make check payable to:   Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | NY255388 |
| **Job #:** | 203059 |
| **Invoice Date:** | 02/19/2009 |
| **Balance :** | $2,818.10 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT 11

## REQUISITION FOR CHECK

DATE:  2/25/11                              CERTIFIED: (   )          SPECIAL ACCOUNT: (   )

TO THE ORDER OF     Crystal M. Pilgrim, RPR

(ACCOUNTING USE ONLY)

AMOUNT (IN WORDS)     Three Hundred Nine Dollars and Forty Cents          $ 309.40

CLIENT NAME     CLS Bank International          # 09821

MATTER NAME     Alice          # 0001

TO PAY FOR:     Transcript of motion hearing held on Friday, January 14, 2011 before Judge Collyer.

(ACCOUNTING USE ONLY)   COST CODE                    G/L ACCT. #

AUTHORIZED BY                                        INCURRED BY

_____     02370          _____     02370
(ORIGINAL SIGNATURE -- IN INK)     ATTY. #          (ORIGINAL SIGNATURE -- IN INK)     ATTY. #

CODED/CALCULATED                               G/L DIST.

AO-44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO: 00000771

**━MAKE CHECKS PAYABLE TO:━**

Steven J. Glassman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Phone:  (212) 836-8651
FAX:    (212) 836-8689

sglassman@kayescholer.com

CRYSTAL M. PILGRIM, RPR
Official Court Reporter
United States District Court
333 Constitution Ave. NW, 4700F
Washington, DC 20001

Phone:  (202) 354-3127

Tax ID: 27-3841016

crystalpilgrim@aol.com

| | |
|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED 01-19-2011 | DATE DELIVERED 02-24-2011 |

Case Style: CA 07-974, CLS Bank International v Alice Corporation PTY, LTD
Transcript of motion hearing held on Friday, January 14, 2011 before
Judge Collyer.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 68 | 3.65 | 248.20 | 68 | 0.90 | 61.20 | | | | 309.40 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

Q141528

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 309.40 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $309.40 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 02-24-2011 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

# EXHIBIT 12

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    CLS Bank International                                    March 16, 2009
         39 Broadway
         29th Floor
         New York, New York  10006
         Attn: David Skoblow, Esq.

**RE:** Alice                                              **Invoice#:** 591474
**Our File Number:** 09821/0001                             **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2009

| Date | Attorney | Description of Legal Services | Hours |
|------|----------|-------------------------------|-------|

KAYE SCHOLER LLP

TO:    CLS Bank International                              March 16, 2009

**RE:** Alice                                             **Invoice#:** 591474
**Our File Number:** 09821/0001                           **PAGE:**   2



Kaye Scholer LLP

TO:    CLS Bank International                                    March 16, 2009

   **RE:** Alice                                       **Invoice#:** 591474
   **Our File Number:** 09821/0001                  **PAGE:**    3



KAYE SCHOLER LLP

TO:   CLS Bank International                                    March 16, 2009

  **RE:** Alice                                        **Invoice#:** 591474
  **Our File Number:** 09821/0001                       **PAGE:**   4



KAYE SCHOLER LLP

TO:     CLS Bank International                                    March 16, 2009

   **RE:** Alice                                           **Invoice#:** 591474
   **Our File Number:** 09821/0001                          **PAGE:**    5



KAYE SCHOLER LLP

TO:    CLS Bank International                                  March 16, 2009

  **RE:** Alice                                          **Invoice#:** 591474
  **Our File Number:** 09821/0001                              **PAGE:    6**



KAYE SCHOLER LLP

TO:    CLS Bank International                                    March 16, 2009

   **RE:** Alice                                          **Invoice#:** 591474
   **Our File Number:** 09821/0001                            **PAGE:**   7



KAYE SCHOLER LLP

TO:    CLS Bank International                                    March 16, 2009

**RE:** Alice                                          **Invoice#:** 591474
**Our File Number:** 09821/0001                        **PAGE:**    8

KAYE SCHOLER LLP

TO:    CLS Bank International                                    March 16, 2009

**RE:** Alice                                          **Invoice#:** 591474
**Our File Number:** 09821/0001                              **PAGE:**    9



KAYE SCHOLER LLP

TO:   CLS Bank International                              March 16, 2009

**RE:** Alice                                          **Invoice#:** 591474
**Our File Number:** 09821/0001                        **PAGE:**   10



<u>KAYE SCHOLER LLP</u>

TO:     CLS Bank International                                          March 16, 2009

**RE:** Alice                                                          **Invoice#:** 591474
**Our File Number:** 09821/0001                                        **PAGE:**    11



KAYE SCHOLER LLP

TO:   CLS Bank International                                          March 16, 2009

**RE:** Alice                                                 **Invoice#:** 591474
**Our File Number:** 09821/0001                               **PAGE:**   12



*------------------------------- COSTS AND DISBURSEMENTS -----------------------------*
       Duplicating                                              $802.30

KAYE SCHOLER LLP

TO:   CLS Bank International                                    March 16, 2009

**RE:** Alice                                                  **Invoice#:** 591474
**Our File Number:** 09821/0001                                **PAGE:**   13

